**Order entered December 4, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00610-CR
No. 05-13-00611-CR
No. 05-13-00612-CR

## DOMINIQUE TRAVUN THORNTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1255959-U**

## ORDER

The court **GRANTS** the State's second motion to extend time to file its appellate brief.

The State's brief received on December 2, 2013 is **ORDERED** timely filed as of the date of this

order.

/s/  DAVID EVANS
   PRESIDING JUSTICE